# Court of Appeals
# of the State of Georgia

ATLANTA, April 08, 2021

*The Court of Appeals hereby passes the following order:*

**A21A1244. IN THE INTEREST OF C. M. T., A CHILD (FATHER).**

Michael Tatum filed a petition to legitimate C. M. T. After a hearing, the trial court denied the petition, and Tatum filed this appeal. We, however, lack jurisdiction.

A legitimation action is a domestic relations case, and an appeal in a domestic relations case must be initiated by filing an application for discretionary review. See OCGA § 5-6-35 (a) (2), (b); *Cloud v. Norwood*, 321 Ga. App. 218, 218 (739 SE2d 93) (2013); *Brown v. Williams*, 174 Ga. App. 604, 604 (332 SE2d 48) (1985). "[C]ompliance with the discretionary appeals procedure is jurisdictional." *Fabe v. Floyd*, 199 Ga. App. 322, 332 (1) (405 SE2d 265) (1991). Tatum's failure to follow the discretionary review procedure deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 04/08/2021

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

Stephen E. Castlen                          *, Clerk.*